**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerome Frederick SATTERFIELD,**
**Defendant–Appellant.**

No. 02–6908.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Jerome Frederick Satterfield, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerome Frederick Satterfield seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Satterfield has not made a substantial showing of the denial of a constitutional right. *See United States v. Satterfield,* Nos. CA–01–799–1; CR–99–131 (M.D.N.C. May 22, 2002). Accordingly, we deny a

certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*